UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT K. HUNTER,<br><br>                              Plaintiff,<br>v.<br><br>EXCELLUS HEALTH PLAN, INC., d/b/a<br>EXCELLUS BLUECROSS BLUESHIELD;<br><br>                              Defendant. | Case No. 8:21-cv-00744-MAD-CFH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED to and agreed by and between the parties, by and through counsel, that this action be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Respectfully submitted, this 14th day of November, 2022.

/s/Arthur Stock
Arthur Stock (admitted *pro hac*)
Ryan McMillan (admitted *pro hac*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel.: 865-247-0800
astock@milberg.com
rmcmillan@milberg.com

Randi Kassan (N.D.N.Y Bar #51782
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC
100 Garden City Plaza
Garden City, NY 11530
Tel.: 516-741-5600
rkassan@milberg.com

Jordan Lewis (admitted *pro hac*)

/s/Gwendolyn C. Payton
Gwendolyn C. Payton
(*Admitted pro hac vice*)
gpayton@kilpatricktownsend.com
1420 5th Avenue, Suite 3700
Seattle, WA 98101
Telephone:  206.626.7714
Fax:  206.623.6793

Frederick L. Whitmer, NY Bar No. 3835733
fwhitmer@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York , NY 10036-7703
Telephone:  (212) 775-8773
Fax:  (212) 775-8800

*Attorneys for Defendant Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*

JORDAN LEWIS, P.A.  
4473 N.E. 11th Avenue  
Fort Lauderdale, FL 33334  
Tel.: (954) 616-8995  
jordan@jml-lawfirm.com  

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____  
Mae A. D'Agostino  
U.S. District Judge

Dated:   November 16, 2022  
         Albany, NY

2